UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NSPIRE SPORTS LEAGUE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>IFBB PROFESSIONAL LEAGUE, INTERNATIONAL FEDERATION OF BODYBUILDING AND FITNESS, and NATIONAL PHYSIQUE COMMITTEE OF THE USA, INC.,<br><br>*Defendants.* | Case No. 1:16-cv-232 (CMH / TCB) |

## STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS

PURSUANT to Rule 41(a)(2), Plaintiff, Nspire Sports League, LLC ("Nspire"), and Defendants National Physique Committee of the USA, Inc. ("NPC") and IFBB Professional League ("IFBB Professional"), stipulate to the dismissal, with prejudice, of Nspire's *First Amended Complaint* (Doc. 44) and all claims set forth therein as against NPC and IFBB Professional (but not as against Defendant International Federation of Bodybuilding and Fitness), each side to bear its own costs and fees.

SO ORDERED this 17th day of October 2016.

Alexandria, Virginia

Claude M. Hilton
United States District Judge

**WE STIPULATE TO THIS** as of the 12th day of October 2016:

| | |
|---|---|
| /s/ Craig C. Reilly<br>Craig C. Reilly (VSB # 20942)<br>craig.reilly@ccreillylaw.com<br>The Law Office of Craig C. Reilly<br>111 Oronoco Street<br>Alexandria, VA 22314<br>Telephone:   703-549-5354<br>Facsimile:     703-549-5355<br><br>and | /s/ S. Lloyd Smith<br>S. Lloyd Smith (VSB # 85119)<br>BUCHANAN INGERSOLL & ROONEY PC<br>1737 King Street, Suite 500<br>Alexandria, VA 22314-2727<br>(703) 836-6620<br>(703) 836-2021 (fax)<br>lloyd.smith@bipc.com<br><br>*Counsel for Defendant National Physique Committee of the USA, Inc.* |
| Scott A. Cunning, II (VSB # 68071)<br>scott.cunning@haynesboone.com<br>Thomas J. Lang (*pro hac vice*)<br>thomas.lang@haynesboone.com<br>Michael J. Scanlon (*pro hac vice*)<br>michael.scanlon@haynesboone.com<br>Scott Benfield (*pro hac vice*)<br>scott.benfield@haynesboone.com<br>HAYNES AND BOONE, LLP<br>800 17th Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone:      (202) 654-4500<br>Facsimile:      (202) 654-4245<br><br>and | /s/ Benjamin C. Block<br>Benjamin C. Block (VSB # 46669)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-5205<br>(202) 778-5205 (fax)<br>bblock@cov.com<br><br>*Counsel for Defendant IFBB Professional League* |
| Richard D. Anigian (*pro hac vice*)<br>rick.anigian@haynesboone.com<br>Nick Nelson (*pro hac vice*)<br>nick.nelson@haynesboone.com<br>HAYNES AND BOONE, LLP<br>One Victory Park<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone:      (214) 651-5000<br>Facsimile:      (214) 651-5940<br><br>*Counsel for Plaintiff Nspire Sports League, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered to receive such notice.

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
craig.reilly@ccreillylaw.com
The Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone: 703-549-5354
Facsimile: 703-549-5355

*Attorney for Plaintiff Nspire Sports League, LLC*