UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NSPIRE SPORTS LEAGUE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>IFBB PROFESSIONAL LEAGUE, INTERNATIONAL FEDERATION OF BODYBUILDING AND FITNESS, and NATIONAL PHYSIQUE COMMITTEE OF THE USA, INC.,<br><br>*Defendants*. | Case No. 1:16-cv-232 (CMH / TCB) |

**STIPULATION OF DISMISSAL**

PURSUANT to Rule 41(a)(1)(A)(ii), Plaintiff, Nspire Sports League, LLC ("Nspire"), and the sole remaining Defendant, International Federation of Bodybuilding and Fitness, stipulate to the dismissal, without prejudice, of all claims in Nspire's *First Amended Complaint* (Doc. 44), each side to bear its own costs and fees.[1]

SO ORDERED this 20th day of October 2016.

Alexandria, Virginia

_____
Claude M. Hilton
United States District Judge

---

[1] All claims against the other Defendants, National Physique Committee of the USA, Inc. and IFBB Professional League, have already been dismissed (Doc. 130).

**WE STIPULATE TO THIS** as of the 18th day of October 2016:

| | |
|---|---|
| /s/ Craig C. Reilly<br>Craig C. Reilly (VSB # 20942)<br>craig.reilly@ccreillylaw.com<br>The Law Office of Craig C. Reilly<br>111 Oronoco Street<br>Alexandria, VA 22314<br>Telephone:    703-549-5354<br>Facsimile:    703-549-5355<br><br>*and* | /s/ Robert N. Cook<br>Robert N. Cook (Va. Bar No. 36411)<br>Whitham, Curtis & Cook, P.C.<br>11491 Sunset Hills Road, Suite 340<br>Reston, Virginia 20190<br>(703) 787-9400 (voice)<br>(703) 787-7557 (fax)<br>bob@wcc-ip.com<br><br>*and* |
| Scott A. Cunning, II (VSB # 68071)<br>scott.cunning@haynesboone.com<br>Thomas J. Lang (*pro hac vice*)<br>thomas.lang@haynesboone.com<br>Michael J. Scanlon (*pro hac vice*)<br>michael.scanlon@haynesboone.com<br>Scott Benfield (*pro hac vice*)<br>scott.benfield@haynesboone.com<br>HAYNES AND BOONE, LLP<br>800 17th Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone:    (202) 654-4500<br>Facsimile:    (202) 654-4245<br><br>*and* | Jacques Semmelman (*pro hac vice*)<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>(212) 696-6000 (voice)<br>(917) 368-8867 (fax)<br>jsemmelman@curtis.com<br><br>*Counsel for Defendant*<br>*INTERNATIONAL FEDERATION OF*<br>*BODYBUILDING AND FITNESS* |
| Richard D. Anigian (*pro hac vice*)<br>rick.anigian@haynesboone.com<br>Nick Nelson (*pro hac vice*)<br>nick.nelson@haynesboone.com<br>HAYNES AND BOONE, LLP<br>One Victory Park<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone:    (214) 651-5000<br>Facsimile:    (214) 651-5940<br><br>*Counsel for Plaintiff Nspire Sports League, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered to receive such notice.

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
craig.reilly@ccreillylaw.com
The Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone: 703-549-5354
Facsimile: 703-549-5355

*Attorney for Plaintiff Nspire Sports League, LLC*